B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GOLD KEY, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Network Connectors** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**34-1633290** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**557 S. Meridian**<br>**Youngstown, OH**<br>ZIP Code **44509** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mahoning** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **557 Meridian Road**<br>**Youngstown, OH 44509** |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

<table>
<tr><td><b>Voluntary Petition</b><br><i>(This page must be completed and filed in every case)</i></td><td>Name of Debtor(s):<br><b>GOLD KEY, INC.</b></td></tr>
</table>

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td> <b>Exhibit A</b>

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.</td>
<td> <b>Exhibit B</b>
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)          (Date)</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GOLD KEY, INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Mark A. Beatrice** _____
Signature of Attorney for Debtor(s)

**Mark A. Beatrice 0011003** _____
Printed Name of Attorney for Debtor(s)

**Manchester, Bennett, Powers & Ullman** _____
Firm Name

**Atrium Level Two**
**201 East Commerce Street**
**Youngstown, OH 44503-1641** _____
Address

                         **Email: MBeatrice@mbpu.com**
**330-743-1171  Fax: 330-743-1190** _____
Telephone Number

**July 20, 2011** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Mark E. Gohlke** _____
Signature of Authorized Individual

**Mark E. Gohlke** _____
Printed Name of Authorized Individual

**President** _____
Title of Authorized Individual

**July 20, 2011** _____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re   **GOLD KEY, INC.**                         Case No. _____

                                      Debtor(s)          Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ALLSTATE**<br>**P.O. BOX 3578**<br>**Akron, OH 44309-3578** | **ALLSTATE**<br>**P.O. BOX 3578**<br>**Akron, OH 44309-3578** | | | **10,900.98** |
| **BENJAMIN A. CLAPPER**<br>**1480 E. BEECH STREET**<br>**Alliance, OH 44601** | **BENJAMIN A. CLAPPER**<br>**1480 E. BEECH STREET**<br>**Alliance, OH 44601** | | | **734.75** |
| **CHARLES PYLE, JR.**<br>**5556 BROADWAY AVENUE**<br>**Louisville, OH 44641** | **CHARLES PYLE, JR.**<br>**5556 BROADWAY AVENUE**<br>**Louisville, OH 44641** | | | **1,090.00** |
| **CHRISTOPHER T. BEAVERS**<br>**138 PERSHING AVENUE, NE**<br>**North Canton, OH 44720** | **CHRISTOPHER T. BEAVERS**<br>**138 PERSHING AVENUE, NE**<br>**North Canton, OH 44720** | | | **789.00** |
| **FORD CREDIT COMMERCIAL**<br>**BOX 220564**<br>**Pittsburgh, PA 15257-2564** | **FORD CREDIT COMMERCIAL**<br>**BOX 220564**<br>**Pittsburgh, PA 15257-2564** | | | **867.77** |
| **FRANK J. BEBOUT**<br>**3925 LINCOLN STREET, E.**<br>**Canton, OH 44707** | **FRANK J. BEBOUT**<br>**3925 LINCOLN STREET, E.**<br>**Canton, OH 44707** | | | **753.55** |
| **GE CAPITAL**<br>**P.O. BOX 642111**<br>**Pittsburgh, PA 15264-2111** | **GE CAPITAL**<br>**P.O. BOX 642111**<br>**Pittsburgh, PA 15264-2111** | | | **1,464.48** |
| **GREAT AMERICAN LEASING CORP**<br>**P.O. BOX 660831**<br>**Dallas, TX 75266-0831** | **GREAT AMERICAN LEASING CORP**<br>**P.O. BOX 660831**<br>**Dallas, TX 75266-0831** | | | **1,062.28** |
| **GUSTAVO J. NUNEZ-INDA**<br>**1037 SOUTH STREET**<br>**Alliance, OH 44601** | **GUSTAVO J. NUNEZ-INDA**<br>**1037 SOUTH STREET**<br>**Alliance, OH 44601** | | | **743.50** |
| **JOHN J. GRINDEL**<br>**4817 CRANBERRY AVENUE, NW**<br>**Canton, OH 44709** | **JOHN J. GRINDEL**<br>**4817 CRANBERRY AVENUE, NW**<br>**Canton, OH 44709** | | | **1,015.00** |
| **MICHAEL T. MUSISCA**<br>**900 WOODLAWN AVENUE, SW**<br>**Canton, OH 44708** | **MICHAEL T. MUSISCA**<br>**900 WOODLAWN AVENUE, SW**<br>**Canton, OH 44708** | | | **1,015.00** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re    **GOLD KEY, INC.**                               Case No.   _____

            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **NIKKI J. FABIANICH**<br>**1803 MAIN AVENUE, W.**<br>**Massillon, OH 44647** | **NIKKI J. FABIANICH**<br>**1803 MAIN AVENUE, W.**<br>**Massillon, OH 44647** | | | **688.96** |
| **PITNEY BOWES GLOBAL FINANCE**<br>**P.O. BOX 856460**<br>**Louisville, KY 40285-6460** | **PITNEY BOWES GLOBAL FINANCE**<br>**P.O. BOX 856460**<br>**Louisville, KY 40285-6460** | | | **667.76** |
| **PRINCIPAL LIFE INSURANCE CO.**<br>**GRAND ISLAND**<br>**P.O. BOX 14513**<br>**Des Moines, IA 50306-3513** | **PRINCIPAL LIFE INSURANCE CO.**<br>**GRAND ISLAND**<br>**P.O. BOX 14513**<br>**Des Moines, IA 50306-3513** | | | **6,781.01** |
| **RODNEY L. MUSISCA**<br>**1050 KNOLLWOOD DRIVE, N.**<br>**Canton, OH 44708** | **RODNEY L. MUSISCA**<br>**1050 KNOLLWOOD DRIVE, N.**<br>**Canton, OH 44708** | | | **1,614.75** |
| **RYAN S. BILLMAN**<br>**150 SARATOGA, NW**<br>**Canton, OH 44708** | **RYAN S. BILLMAN**<br>**150 SARATOGA, NW**<br>**Canton, OH 44708** | | | **615.50** |
| **SPEEDWAY SUPERAMERICA LLC**<br>**P.O. BOX 740587**<br>**Cincinnati, OH 45274-0587** | **SPEEDWAY SUPERAMERICA LLC**<br>**P.O. BOX 740587**<br>**Cincinnati, OH 45274-0587** | | | **4,569.05** |
| **SPRINT**<br>**P.O. BOX 4181**<br>**Carol Stream, IL 60197-4181** | **SPRINT**<br>**P.O. BOX 4181**<br>**Carol Stream, IL 60197-4181** | | | **1,286.54** |
| **VALLEY OFFICE SOLUTIONS**<br>**8534 SOUTH AVENUE**<br>**Youngstown, OH 44514** | **VALLEY OFFICE SOLUTIONS**<br>**8534 SOUTH AVENUE**<br>**Youngstown, OH 44514** | | | **868.04** |
| **VERIZON WIRELESS**<br>**P.O. BOX 25505**<br>**Lehigh Valley, PA 18002-5506** | **VERIZON WIRELESS**<br>**P.O. BOX 25505**<br>**Lehigh Valley, PA 18002-5506** | | | **3,334.87** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **July 20, 2011**                        Signature    **/s/ Mark E. Gohlke** _____

                                                          **Mark E. Gohlke**<br>                                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

ALLSTATE
P.O. BOX 3578
Akron, OH 44309-3578


AMERICAN ELECTRIC POWER
P.O. BOX 24002
Canton, OH 44701-4002


BENJAMIN A. CLAPPER
1480 E. BEECH STREET
Alliance, OH 44601


BERKLEY MID/FIREMEN'S INSURANCE CO
P.O. BOX 580458
Charlotte, NC 28258-0458


BP OIL
P.O. BOX 70887
Charlotte, NC 28272-0887


BRENT D. RIEHL
518 NEALE STREEET, SW
Massillon, OH 44646


BRUCE ADLER
600 BETH AVENUE, SW, LOT 64
Canton, OH 44706


CANTON CITY UTILITIES
P.O. BOX 9955
Canton, OH 44711


CHARLES PYLE, JR.
5556 BROADWAY AVENUE
Louisville, OH 44641


CHARLES W. MULLEN
7365 SEYMOUR STREET, NW
Massillon, OH 44646


CHRISTOPHER T. BEAVERS
138 PERSHING AVENUE, NE
North Canton, OH 44720

CHRISTOPHER T. BOWERS
2438 16TH STREET, NE
Canton, OH 44705


CITY OF CLEVELAND
P.O. BOX 99939
Cleveland, OH 44199-0939


DOMINION EAST OHIO
P. O. Box 26785
Richmond, VA 23261-6785


DOWNTOWN FORD, INC.
1423 WEST TUSCARAWAS
Canton, OH 44702


FORD CREDIT
BOX 220564
Pittsburgh, PA 15257-2564


FORD CREDIT COMMERCIAL
BOX 220564
Pittsburgh, PA 15257-2564


FRANK J. BEBOUT
3925 LINCOLN STREET, E.
Canton, OH 44707


GE CAPITAL
P.O. BOX 642111
Pittsburgh, PA 15264-2111


GREAT AMERICAN LEASING CORP
P.O. BOX 660831
Dallas, TX 75266-0831


GUSTAVO J. NUNEZ-INDA
1037 SOUTH STREET
Alliance, OH 44601


ILLUMINATING COMPANY
P.O. BOX 3638
Akron, OH 44309-3638

```
JOE S. SHOPPER
2576 OCELOT STREET, NE
Canton, OH 44721


JOHN J. GRINDEL
4817 CRANBERRY AVENUE, NW
Canton, OH 44709


JOSHUA JONES
6390 APPLE STREET
Louisville, OH 44641


LUBE STOP
201 FRONT STREET, SUITE 200
Berea, OH 44017


MARLIN LEASING
P.O. BOX 13604
Philadelphia, PA 19101-3604


MICHAEL A. ROSSI
8352 PARKFORD, NW
Massillon, OH 44646


MICHAEL T. MUSISCA
900 WOODLAWN AVENUE, SW
Canton, OH 44708


MULTILINK, INC
P.O. BOX 74052
Cleveland, OH 44194-4052


NIKKI J. FABIANICH
1803 MAIN AVENUE, W.
Massillon, OH 44647


NORTH CANTON COLLISION
1130 SOUTH MAIN STREET
North Canton, OH 44720


OHIO EDISON
P.O. BOX 3637
Akron, OH 44309-3637
```

PITNEY BOWES GLOBAL FINANCE
P.O. BOX 856460
Louisville, KY 40285-6460


PNC BANK, NA
Record Services; B7-YB17-01-C
4100 W. 150th Street
Cleveland, OH 44135


PNC BANK, NA
Atten: Raymond Kozlowski


PRINCIPAL LIFE INSURANCE CO.
GRAND ISLAND
P.O. BOX 14513
Des Moines, IA 50306-3513


PURCHASE POWER
P.O. BOX 371874
Pittsburgh, PA 15250-7874


QUICK CHANGE OPERATING CO.
7207 CHAGRIN ROAD, SUITE 3
Chagrin Falls, OH 44023


ROBERT CULP
721 EDGEWOOD AVENUE, SW
Massillon, OH 44646


RODNEY L. MUSISCA
1050 KNOLLWOOD DRIVE, N.
Canton, OH 44708


RONALD A MCLAUGHLIN
6556 WINTER STREET
Louisville, OH 44641


RYAN S. BILLMAN
150 SARATOGA, NW
Canton, OH 44708


SAYRE TIRE & MUFLER
165 W. HIGH
New Philadelphia, OH 44663

SPEEDWAY SUPERAMERICA LLC
P.O. BOX 740587
Cincinnati, OH 45274-0587

SPRINT
P.O. BOX 4181
Carol Stream, IL 60197-4181

SUTTON INDUSTRIAL
3848 PROSPECT AVENUE
Cleveland, OH 44115

TIME WARNER CABLE
P.O. BOX 0901
Carol Stream, IL 60132-0901

TRAVIS HAAS
2702 BLAKE AVENUE, NW
Canton, OH 44718

VALLEY OFFICE SOLUTIONS
8534 SOUTH AVENUE
Youngstown, OH 44514

VERIZON WIRELESS
P.O. BOX 25505
Lehigh Valley, PA 18002-5506

WASTE MANAGEMENT
P.O. BOX 4648
Carol Stream, IL 60197-4648